United States District Court
Southern District of Texas
**ENTERED**
June 26, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| U.S. BANK TRUST, N.A., AS TRUSTEE OF THE IGLOO SERIES III TRUST,<br>　　Plaintiff,<br><br>VS.<br><br>MICHEAL S. DOUGHERTY, JZAVELA-ARETHA DOUGHERTY, DATTAJUSTIN TOSHIHIRO DOUGHERTY-WILLIAMS, AND INTERNATIONAL BANK OF COMMERCE,<br>　　Defendants. | §§§§§§§§§§§§§§§§ Civil Action No. 4:20-CV-01082 |

**ORDER GRANTING PLAINTIFF'S MOTION FOR SUBSTITED SERVICE**

　　On the motion of U.S. BANK AND TRUST N.A, AS TRUSTEE OF THE IGLOO SERIES III TRUST, the service of the summons with the complaint shall be by (a) securely posting the summons and complaint on the front door of Dougherty's usual place of abode at 21198 Lisa Lane, Steger, Illinois 60475-5966, or by leaving it with someone 21 years of age or older, and (b) by sending it regular mail to debtor.

　　Signed June 26, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　　KEITH P. ELLISON
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT