# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **U.S. BANK TRUST, N.A.,** § | |
| § | |
| **Plaintiff,** § | |
| **VS.** § | **CIVIL ACTION NO. 4:20-CV-1082** |
| § | |
| **MICHAEL S. DOUGHERTY,** *et al*, § | |
| § | |
| **Defendants.** § | |

## FINAL JUDGMENT

Plaintiff U.S. Bank Trust, N.A., brought this suit against Defendants Michael Dougherty, Jzavela-Aretha Dougherty, Dattajustin Toshihiro Dougherty-Williams, and International Bank of Commerce, seeking to enforce a judicial foreclosure sale of disputed real property. On January 14, 2021, Plaintiff moved for summary judgment on all claims. (Doc. 52.) On March 16, 2021, this Court granted summary judgment in favor of Plaintiff on all claims. (Doc. 63.)

Pursuant to Federal Rule of Civil Procedure 58(a), and for the reasons set forth in this Court's March 16, 2021 Order, final judgment is hereby **ENTERED** for Plaintiff U.S. Bank, N.A.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on April 14, 2021.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE