United States District Court
Southern District of Texas
**ENTERED**
August 13, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **U.S. BANK TRUST, N.A.,** § | |
| § | |
| **Plaintiff,** § | |
| VS. § | CIVIL ACTION NO. 4:20-CV-1082 |
| § | |
| **MICHAEL S. DOUGHERTY, *et al*,** § | |
| § | |
| **Defendants.** § | |

## ORDER FOR EXPEDITED RESPONSE

Plaintiff U.S. Bank Trust, N.A., has filed a Second Motion for Contempt. (Doc. 105.) The Court requires a response on an expedited basis. Defendants are directed to file a response no later than Wednesday, August 18, 2021, by 5:00 p.m.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on August 13, 2021.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE