# United States Court of Appeals
## for the Fifth Circuit

United States Courts
Southern District of Texas
FILED
*August 16, 2021*
Nathan Ochsner, Clerk of Court

United States Court of Appeals
Fifth Circuit
**FILED**
August 16, 2021
Lyle W. Cayce
Clerk

No. 21-20271

U.S. Bank Trust, N.A., as trustee of the Igloo Series III Trust,

*Plaintiff—Appellee,*

versus

Jzavela-Arethea Dougherty; Dattajustin Toshihiro Dougherty-Williams,

*Defendants—Appellants.*

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:20-CV-1082

Before Jones, Duncan, and Engelhardt, *Circuit Judges.*

Per Curiam:

IT IS ORDERED that Appellants' opposed motion for stay pending appeal is DENIED.

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

August 16, 2021

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 21-20271   U.S. Bank Trust v. Dougherty
                   USDC No. 4:20-CV-1082

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

*Christina Rachal*

By: _____
Christina C. Rachal, Deputy Clerk
504-310-7651

Ms. Jzavela-Arethea Dougherty
Mr. Dattajustin Toshihiro Dougherty-Williams
Mr. Nathan Ochsner
Mr. Ray L. Vela