United States District Court
Southern District of Texas
**ENTERED**
August 17, 2021
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **U.S. BANK TRUST, N.A.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:20-CV-1082** |
| | § | |
| **MICHAEL S. DOUGHERTY,** *et al*, | § | |
| | § | |
| **Defendants.** | § | |

## ORDER FOR PAYMENT OF CONTEMPT FEES

Defendant Jzavela-Aretha Dougherty is directed to make a payment of $100 for every day since (and including) July 13, 2021 that she does not vacate the property. These funds are payable to Plaintiff U.S. Bank Trust, N.A. and will be entered into the court registry.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on August 17, 2021.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE