United States Courts
Southern District of Texas
FILED

August 23, 2021

Nathan Ochsner, Clerk of Court

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

August 23, 2021

Ms. Jzavela-Arethea Dougherty
2534 Splintwood Court
Kingswood, TX 77345

Mr. Dattajustin Toshihiro Dougherty-Williams
2534 Splintwood Court
Kingswood, TX 77345

No. 21-20271    U.S. Bank Trust v. Dougherty
                USDC No. 4:20-CV-1082

Dear Ms. Dougherty and Mr. Dougherty-Williams,

The Judicial Council of the Fifth Circuit requires court reporters to file transcripts within 30 days or suffer a discount penalty. In this case, the 30-day discount period expired on 8/16/2021. Therefore, the court reporter, Mr. Fred Warner, must discount your invoice by 10%.

Also, if the transcript is not filed by 9/15/2021, the court reporter must discount your invoice by 20% and must refund that part of any deposit which exceeds the cost less the discount. Our records will automatically be updated if the 20% discount date is reached but we will not provide further notice. It is your responsibility to pay only the discounted amount(s).

The discount policy is mandatory. You may not reimburse the court reporter for the discount.

                                    Sincerely,

                                    LYLE W. CAYCE, Clerk

                                    By: /s/Lyle W. Cayce
                                    Lyle W. Cayce

cc:  Mr. Nathan Ochsner
     Mr. Ray L. Vela
     Mr. Fred E. Warner